## File Hashes for IP Address 98.221.179.187

**ISP:** Comcast Cable
**Physical Location:** Somerset, NJ

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 01/18/2013 14:35:42 | 9A73B5149B6ABF1DF6564964B6439A25BF92E541 | Hot Sauna |
| 01/18/2013 14:31:06 | 3B0ADE358E77D4DF048E956B4EFD3D6366269D5D | Inside Perfection |
| 12/20/2012 14:58:37 | 05FBD82C4BBB253EA3270CAF836590322A1E9954 | Three for the Show |
| 12/19/2012 11:34:50 | 08987B0E347D381B9C1A1CD524B1BBFFA8CD06FF | Leila Last Night |
| 11/27/2012 12:18:13 | AE17747810E6B5F659238133D57DC7A310B6FAF3 | Threes Company |
| 11/27/2012 12:06:17 | ED5066F4C69D8EBE6391235A362BEB75AE3A2817 | Close to the Edge |
| 11/27/2012 11:59:44 | 2E6320C9FDEAF903127279E1C5B874C3133F27F0 | Carmen Leila Christmas Vacation |
| 10/01/2012 16:49:10 | FFF24BD9C0F76FD0B5683B06F5124ECA6C1789A7 | Tiffany Sex With A Supermodel |
| 09/09/2012 04:11:47 | C0BAB6F898A8CACBF7E221D1E15076A75869656D | Morning Tryst |
| 09/07/2012 13:14:10 | 1814B177454C751B49FA72FB1B790D4F638B84D8 | Side by Side |
| 07/13/2012 16:54:42 | 2CB00C235792C6D9BF5EFD3373043B163AAB2F03 | Young and Hot |
| 07/13/2012 16:48:13 | 229D233BDEBFCB6186E189C9B1B9FB3951855745 | After Hours |
| 07/12/2012 12:12:23 | 69ED56F7AEC897E46879DD677A74A82DDBD5F56B | My Best Friends Boyfriend |

**Total Statutory Claims Against Defendant: 13**

EXHIBIT A

CNJ49