**Expanded Surveillance of IP Address 98.221.179.187**

**ISP:** Comcast Cable
**Location:** Somerset, NJ

| Hit Date UTC | Filename |
|---|---|
| 01/24/2013 | Consumer Reports February 2013 [azizex666] |
| 01/24/2013 | Consumer Reports January 2013 [azizex666] |
| 01/21/2013 | Shameless US S03E02 HDTV x264-ASAP[ettv] |
| 01/21/2013 | Californication.S06E02.HDTV.x264-EVOLVE.mp4 |
| 01/21/2013 | Girls.S02E02.HDTV.x264-ASAP.mp4 |
| 01/21/2013 | House of Lies S02E02 HDTV x264-ASAP[ettv] |
| 01/20/2013 | Life of Pi 2012 DVDScr x264 AAC-JYK |
| 01/20/2013 | Wiley.-.Professional.iOS.Network.Programming.2013.RETAiL.eBOOk-rebOOk |
| 01/20/2013 | Life of Pi 2012 DVDSCR XVID - RiSES |
| 01/20/2013 | VA-Absolute.dance.winter.2013.2012-2CD |
| 01/18/2013 | X-Art - Inside Perfection - Angelica [720p].mov |
| 01/18/2013 | x-art_baby_together_again_720.mp4 |
| 01/18/2013 | Kari.Sweets.Tracy.Pearl.Wake.up.with.me.ClubSandy.2012_iyutero.com.mp4 |
| 01/18/2013 | Kari.Sweets.Tess.Lyndon.Sparkling.Pleasure.ClubSandy.2013.HD_iyutero.com.wmv |
| 01/16/2013 | Side by Side 2012 WEBRiP XViD-sC0rp |
| 01/14/2013 | Les.Miserables.2012.DVDSCR-EDAW2013 |
| 01/14/2013 | MediaMonkey_4.0.6.1501+Serial[Key]by TorSpot35 |
| 01/14/2013 | American Cinematographer Magazine Collection PDF MEGAPACK [CARG] |
| 01/14/2013 | House.of.Lies.S02E01.HDTV.x264-EVOLVE.mp4 |
| 01/14/2013 | Shameless.US.S03E01.HDTV.x264-ASAP.[VTV].mp4 |
| 01/14/2013 | Californication.S06E01.HDTV.x264-EVOLVE.mp4 |

EXHIBIT C

CNJ49

| Hit Date UTC | Filename |
|---|---|
| 01/14/2013 | Silver Linings Playbook 2012 DVDSCR XviD-FLEA (SilverTorrent) |
| 01/11/2013 | Django Unchained 2012 DVDSCR x264 AAC - KiNGDOM |
| 01/06/2013 | Lynda.com - Dreamweaver CS5 and WordPress |
| 01/06/2013 | Django Unchained[2012]DVDScr XviD-ETRG |
| 01/02/2013 | The.Hobbit.2012.DVDScr.XVID.AC3.HQ.Hive-CM8 |
| 01/02/2013 | Frankenweenie.2012.DVDRip.XviD-COCAIN |
| 12/27/2012 | Lincoln.2012.DVDSCR.XViD.AC3-FooKaS |
| 12/27/2012 | Cloud Atlas (2012) [1080p] |
| 12/26/2012 | Dredd (2012) |
| 12/21/2012 | The.Fitzgerald.Family.Christmas.2012.HDRip.XviD-S4A |
| 12/20/2012 | 24.414.avi |
| 12/20/2012 | Leila.Three.for.the.Show.X-Art.2012_iyutero.com.mov |
| 12/19/2012 | x-art - Leila - Last Night [1080p] |
| 12/19/2012 | Dexter Season 1, 2, 3, 4, 5 and 6  + Extras (Early Cuts, Audiobooks etc) DVDRip HDTV TSV |
| 12/19/2012 | Saison 1 (2006) - Ang |
| 12/17/2012 | Dexter S07E12 HDTV x264-ASAP[ettv] |
| 12/17/2012 | Dexter.S07E12.HDTV.x264-ASAP.mp4 |
| 12/17/2012 | Homeland.S02E12.HDTV.x264-ASAP.[VTV].mp4 |
| 12/17/2012 | Homeland S02E12 HDTV x264-ASAP[ettv] |
| 12/10/2012 | The Big Bang Theory S06E08 HDTV x264-LOL[ettv] |
| 12/10/2012 | Alex.Cross.2012.BRRIP.XVID.AC3-SPIRO |
| 12/10/2012 | Dexter S07E11 HDTV x264-EVOLVE[ettv] |
| 12/04/2012 | Misfits 4x01 HDTV x264-FoV[ettv] |
| 12/04/2012 | Misfits.4x03.HDTV.x264-FoV.mp4 |
| 12/04/2012 | Dexter S07E10 HDTV x264-ASAP[ettv] |

EXHIBIT C

CNJ49

| Hit Date UTC | Filename |
|---|---|
| 12/04/2012 | Misfits.4x01.HDTV.x264-FoV.mp4 |
| 12/03/2012 | The.Big.Bang.Theory.S06E09.HDTV.x264-LOL.mp4 |
| 12/03/2012 | The Walking Dead S03E08 HDTV x264-2HD[ettv] |
| 12/01/2012 | The Dark Knight Rises (2012) DVDRip XviD-MAXSPEED |
| 12/01/2012 | The Bourne Legacy (2012) |
| 11/27/2012 | X-Art.12.08.06.Leila.Kaylee.Close.To.The.Edge.XXX.1080p.MOV-KTR[rbg] |
| 11/27/2012 | Private.Practice.S03E13.Die.Pistole.auf.der.Brust.German.WS.SATRip.XviD-GTVG |
| 11/27/2012 | {www.scenetime.com}Crush.2009.LIMITED.DVDRip.XviD-TheWretched |
| 11/27/2012 | Two and a Half Men S10E06 2012 HDTV x264-2HD[ettv] |
| 11/27/2012 | x-art_caprice_anneli_threes_company_540.mp4 |
| 11/27/2012 | X-Art - Tarde Espanola - Addison [720p].mp4 |
| 11/27/2012 | The Usual Suspects |
| 11/27/2012 | Invasion.S01E12.HDTV.XviD-LOL.avi |
| 11/27/2012 | X-Art - Leila, Carmen (Christmas Vacation) 720 |
| 11/26/2012 | The.Walking.Dead.S03E07.HDTV.x264-2HD.[VTV].mp4 |
| 11/26/2012 | Boardwalk.Empire.S03E11.HDTV.x264-EVOLVE.mp4 |
| 11/26/2012 | The Walking Dead S03E07 HDTV x264-2HD[ettv] |
| 11/25/2012 | Grabbers 2012 DVDRip XviD UNiQUE |
| 11/25/2012 | Brave[2012]BRRip XviD-ETRG |
| 11/25/2012 | Forbidden luv.wmv |
| 11/25/2012 | Looper 2012 DVDRip AC3 XViD-RemixHD |
| 11/22/2012 | Modern.Family.S04E07.HDTV.x264-LOL.mp4 |
| 11/22/2012 | Modern.Family.S04E04.HDTV.XviD-AFG |
| 11/22/2012 | Modern.Family.S04E05.HDTV.x264-LOL.mp4 |
| 11/22/2012 | Modern.Family.S04E08.HDTV.x264-LOL.mp4 |

EXHIBIT C

CNJ49

| Hit Date UTC | Filename |
| --- | --- |
| 11/22/2012 | Guinness World Records 2013 Latest Edition-PsiClone |
| 11/19/2012 | Boardwalk Empire S03E10 HDTV x264-EVOLVE[ettv] |
| 11/19/2012 | Burn.Notice.S03E11.720p.HDTV.X264-DIMENSION - [ www.torrentday.com ] |
| 11/19/2012 | CaoProf |
| 11/18/2012 | Twilight Saga Part 2 2012 CAM XviD - MATiNE |
| 11/18/2012 | Beautiful Creatures - Kami Garcia |
| 11/15/2012 | End.of.Watch.2012.DVDRip.-Lum1x-.avi |
| 11/15/2012 | Newspaper Pack - Sun.and Mon. November 11th and 12th 2012 (Malestrom) |
| 11/12/2012 | Boardwalk.Empire.S03E09.HDTV.x264-EVOLVE.mp4 |
| 11/12/2012 | Homeland.S02E07.HDTV.x264-ASAP.[VTV].mp4 |
| 11/12/2012 | The Walking Dead S03E05 HDTV x264-2HD[ettv] |
| 11/09/2012 | Argo 2012 TS x264 AAC-UNiQUE |
| 11/05/2012 | Dexter S07E06 HDTV x264-ASAP[ettv] |
| 11/05/2012 | the.walking.dead.s03e04.hdtv.x264-2hd.mp4 |
| 11/05/2012 | Boardwalk Empire S03E08 HDTV x264-EVOLVE[ettv] |
| 11/05/2012 | Downton.Abbey.3x08.HDTV.x264-FoV.mp4 |
| 11/03/2012 | Please.Dont.Tell.XXX.DVDRip.XviD-Jiggly.avi |
| 11/03/2012 | The Watch 2012 DVDRip XViD-PLAYNOW avi |
| 11/03/2012 | Kitchen Garden - How You Can Grow Great Grapes (December 2012) |
| 11/03/2012 | Argo.2012.TS.XVID-26K |
| 11/03/2012 | Savages.2012.UNRATED.WEBRIP.AC3.XVID.HS |
| 11/03/2012 | The Big Bang Theory S06E04 HDTV x264-LOL[ettv] |
| 10/29/2012 | Fringe.S05E04.720p.HDTV.X264-DIMENSION.mkv |
| 10/29/2012 | Fringe.S05E04.HDTV.x264-LOL.mp4 |
| 10/27/2012 | Digital Photo Magazine - The New Super DSLRs Buyers Guide (November 2012) |

EXHIBIT C

CNJ49

| Hit Date UTC | Filename |
|---|---|
| 10/27/2012 | Fire with Fire[2012]BRRip XviD-ETRG |
| 10/24/2012 | The Vampire Diaries S04E02 HDTV x264-LOL[ettv] |
| 10/24/2012 | The.Intouchables.2012.AVI.720p.BRRip.{Th3Sp3cialist}.avi |
| 10/24/2012 | The.Intouchables.2012.AVI.DVDRip.{Th3Sp3cialist}.avi |
| 10/22/2012 | Homeland.S02E04.HDTV.x264-ASAP.[VTV].mp4 |
| 10/22/2012 | Dexter.S07E04.HDTV.x264-ASAP.mp4 |
| 10/22/2012 | [ www.TorrentDay.com ] - Downton.Abbey.3x05.HDTV.XviD-AFG |
| 10/22/2012 | The Walking Dead S03E02 HDTV x264-KILLERS[ettv] |
| 10/22/2012 | Downton.Abbey.3x04.HDTV.x264-FoV.mp4 |
| 10/17/2012 | Mens Fitness - The Best Food to Build Muscle (November 2012) |
| 10/15/2012 | Rock Of Ages 2012 DVDRIP XviD-MAXIMUS |
| 10/15/2012 | Boardwalk Empire S03E05 HDTV x264-ASAP[ettv] |
| 10/15/2012 | Strike.Back.S03E09.HDTV.x264-EVOLVE.mp4 |
| 10/15/2012 | Modern Family S04E01 HDTV x264 + Subtitles [GlowGaze] |
| 10/15/2012 | Modern.Family.S04E02.HDTV.x264-LOL.mp4 |
| 10/15/2012 | Modern.Family.S04E03.HDTV.x264-LOL.mp4 |
| 10/15/2012 | The Walking Dead S03E01 HDTV x264-2HD[ettv] |
| 10/15/2012 | Homeland.S02E03.HDTV.x264-ASAP.[VTV].mp4 |
| 10/12/2012 | Safety.Not.Guaranteed.2012.LIMITED.DVDRip.XviD-SPARKS |
| 10/12/2012 | Magic Mike (2012) |
| 10/08/2012 | x-art_leila_yoga_in_the_sky_720.wmv |
| 10/08/2012 | X-Art - Sex with Passion - Leila [HD] |
| 10/08/2012 | x-art_mary_ariel_perfect_together_720.wmv |
| 10/08/2012 | When The Skies Wept Blood |
| 10/08/2012 | X-Art - Teenagers In Love - Tiffany Thompson [1080p] |

EXHIBIT C

CNJ49

| Hit Date UTC | Filename |
|---|---|
| 10/08/2012 | Chaudasse_aux_cheveux_de_feu.avi |
| 10/08/2012 | Homeland S02E02 HDTV x264-EVOLVE[ettv] |
| 10/08/2012 | [X-Art] - 2012-09-14 - Ariel - Red Hot Ariel (x57) 2667x3000 |
| 10/08/2012 | X-Art - Wild Things - Silvie, Grace [1080p].mov |
| 10/07/2012 | Modern.Family.S04E01.HDTV.XviD-AFG |
| 10/07/2012 | The.Big.Bang.Theory.S06E01.HDTV.x264-LOL.mp4 |
| 10/07/2012 | The.Big.Bang.Theory.S06E02.HDTV.XviD-AFG |
| 10/04/2012 | Boss.S02E05.HDTV.x264-EVOLVE.[VTV].mp4 |
| 10/04/2012 | Boss.S02E06.HDTV.XviD-AFG |
| 10/04/2012 | Boss S02E04 HDTV x264-EVOLVE[ettv] |
| 10/04/2012 | The Avengers (2012) COMPLETE DVD Rip by vladtepes3176 |
| 10/01/2012 | Dexter S07E01 HDTV x264-EVOLVE[ettv] |
| 10/01/2012 | Boardwalk Empire S03E03 HDTV x264-ASAP[ettv] |
| 10/01/2012 | X-Art - Three for the Show - Leila [720p].mov |
| 10/01/2012 | The Official UK Top 40 Singles Chart 30-09-2012 |
| 10/01/2012 | [X-Art] Sex with a Supermodel - Tiffany |
| 10/01/2012 | Homeland S02E01 HDTV x264-EVOLVE[ettv] |
| 10/01/2012 | Jurassic.Park.3.2001.NTSC.DVDR-THEBULLS |
| 10/01/2012 | 666.Park.Avenue.S01E01.HDTV.XviD-AFG |
| 10/01/2012 | The Five-Year Engagement.2012.Unrated.DVDRip.XviD.AbSurdiTy |
| 10/01/2012 | Boss.S02E07.HDTV.x264-EVOLVE.[VTV].mp4 |
| 10/01/2012 | Ransom (Mel Gibson) Xvid.avi |
| 09/30/2012 | Strike.Back.S03E08.720p.HDTV.x264-EVOLVE |
| 09/28/2012 | 2016 Obama's America WEBRip XViD UNiQUE |
| 09/27/2012 | Strike.Back.S03E06.HDTV.XviD-AFG |

EXHIBIT C

CNJ49

| Hit Date UTC | Filename |
| --- | --- |
| 09/26/2012 | Strike Back S03E07 HDTV XviD-AuX[ettv] |
| 09/25/2012 | Strike Back S03E04 HDTV x264-LOL[ettv] |
| 09/25/2012 | [ www.TorrentDay.com ] - Downton_Abbey.3x02.HDTV_x264-FoV |
| 09/25/2012 | Downton.Abbey.S03E01.HDTV.x264-TLA.mp4 |
| 09/25/2012 | Moonrise Kingdom[2012]BRRip XviD-ETRG |
| 09/25/2012 | [UsaBit.com] - Lawless 2012 TS XviD - MATiNE |
| 09/24/2012 | Boardwalk.Empire.S03E01.HDTV.x264-EVOLVE.mp4 |
| 09/24/2012 | Strike.Back.S03E01E02.HDTV.Xvid-MrX |
| 09/24/2012 | Strike Back S03E05 HDTV x264-LOL[ettv] |
| 09/24/2012 | Boardwalk Empire S03E02 HDTV x264-EVOLVE[ettv] |
| 09/24/2012 | Strike.Back.S03E03.HDTV.XviD-AFG |
| 09/15/2012 | USA Hot Top 40 Singles Chart 22-September-2012 [Bubanee] |
| 09/15/2012 | Hell.on.Wheels.S02E04.REPACK.HDTV.x264-2HD.[VTV].mp4 |
| 09/14/2012 | Strike.Back.S02 |
| 09/14/2012 | Premium.Rush.2012.TS.XviD-MATiNE |
| 09/12/2012 | True Blood S05E09 HDTV x264-EVOLVE[ettv] |
| 09/12/2012 | Prometheus.2012.DVDRip.XViD.AC3-REFiLL |
| 09/12/2012 | Strike.Back.S01E04.HDTV.XviD-BiA.avi |
| 09/12/2012 | True.Blood.S05E11.HDTV.x264-EVOLVE.mp4 |
| 09/12/2012 | True Blood S05E12 HDTV x264-EVOLVE[ettv] |
| 09/09/2012 | Megamind |
| 09/09/2012 | Think Like a Man[2012]BRRip XviD-ETRG |
| 09/09/2012 | What to Expect When Youre Expecting[2012]BRRip XviD-ETRG |
| 09/09/2012 | x-art_kaylee_ian_first_love_540.mov |
| 09/09/2012 | x-art_gianna_morning_tryst_540.wmv |

EXHIBIT C

| Hit Date UTC | Filename |
|---|---|
| 09/09/2012 | Dance Hall Crashers - Lockjaw |
| 09/07/2012 | Hell.on.Wheels.S02E03.HDTV.XviD-AFG |
| 09/07/2012 | Hell on Wheels S02E02 HDTV x264-2HD[ettv] |
| 09/07/2012 | X-Art - Side by Side - Leila, Ivy [1080p].wmv |
| 09/07/2012 | Heroes.S01E18.HDTV.XviD-LOL |
| 09/07/2012 | Hell.on.Wheels.S02E01.REPACK.HDTV.XviD-3LT0N |
| 09/04/2012 | X-Art.com - Tiffani - Like the First Time |
| 09/03/2012 | Boss S02E02 HDTV x264-EVOLVE[ettv] |
| 09/03/2012 | Boss S02E03 HDTV x264-EVOLVE[ettv] |
| 09/01/2012 | Two Door Cinema Club - Beacon (2012) |
| 09/01/2012 | Two Door Cinema Club - Beacon [Deluxe] 2012 |
| 08/31/2012 | Citizen Cope - One Lovely Day [2012] |
| 08/31/2012 | The Bourne Legacy 2012 TS XviD-ADTRG |
| 08/31/2012 | rollercoaster tycoon 2.rar |
| 08/30/2012 | The XX - Discography [2012] |
| 08/30/2012 | True.Blood.S05E12.HDTV.x264-EVOLVE.mp4 |
| 08/30/2012 | Lana Del Rey-Born To Die[2012]DeluxeEd.@320kbps-Phantazm |
| 08/21/2012 | The.Expendables.2.2012.TS.READNFO.XViD-INSPiRAL |
| 08/20/2012 | Copper.S01E01.HDTV.x264-2HD.mp4 |
| 08/20/2012 | The.Newsroom.2012.S01E09.HDTV.x264-EVOLVE.mp4 |
| 08/20/2012 | Breaking.Bad.S05E06.HDTV.x264-EVOLVE.mp4 |
| 08/19/2012 | Boss S02E01 HDTV x264-EVOLVE[ettv] |
| 08/19/2012 | Copper.S01E00.Sneak.Peek.480p.WEB-DL.x264-mSD.mkv |
| 08/18/2012 | Magic City |
| 08/18/2012 | Bunheads S01E08 HDTV x264-ASAP[ettv] |

EXHIBIT C

CNJ49

| Hit Date UTC | Filename |
|---|---|
| 08/17/2012 | Bunheads.S01E09.HDTV.XviD-AFG |
| 08/17/2012 | Bachelorette (2012) 720p BrRip 600MB Theroxstar Release.mkv |
| 08/17/2012 | Anjelica - A Romantic Date.mp4 |
| 08/17/2012 | Bunheads.S01E07.iNTERNAL.HDTV.XviD-AFG |
| 08/17/2012 | Underbelly ep-10.avi |
| 08/13/2012 | [ www.TorrentDay.com ] - Breaking.Bad.S05E05.Dead.Freight.HDTV.x264-FQM |
| 08/13/2012 | The.Newsroom.2012.S01E08.HDTV.x264-2HD.mp4 |
| 08/12/2012 | The Hunger Games (2012) DVDRip XviD-MAXSPEED |
| 08/12/2012 | Total.Recall.2012.TS.XviD-ILLUMINATI |
| 08/06/2012 | The.Newsroom.2012.S01E07.HDTV.x264-EVOLVE.mp4 |
| 07/30/2012 | The Girls of Penthouse August-September 2012 |
| 07/30/2012 | The.Newsroom.2012.S01E06.HDTV.XviD-AFG |
| 07/30/2012 | True.Blood.S05E08.HDTV.XviD-AFG |
| 07/30/2012 | Cont109 |
| 07/27/2012 | The Pirates Band of Misfits 2012 720p BDRip x264 ac3 sub (mkv) [GREYSHADOW] |
| 07/26/2012 | Playboy Magazine Czech Republic August 2012 |
| 07/24/2012 | Casa de mi Padre 2012 BRRip 720p x264 AAC - KiNGDOM |
| 07/24/2012 | TED.2012.720p.TS.XViD-26k |
| 07/23/2012 | Cont108 |
| 07/23/2012 | The Official UK Top 40 Singles Chart 22-07-2012 |
| 07/23/2012 | Pretty.Little.Liars.S03E04.HDTV.XviD-AFG |
| 07/23/2012 | Pretty.Little.Liars.S03E06.HDTV.XviD-AFG |
| 07/23/2012 | The Newsroom 2012 S01E05 HDTV x264-EVOLVE[ettv] |
| 07/23/2012 | True Blood S05E07 HDTV x264-EVOLVE[ettv] |
| 07/23/2012 | FallingSkies207 |

EXHIBIT C

CNJ49

| Hit Date UTC | Filename |
|---|---|
| 07/23/2012 | USA Hot Top 40 Singles Chart 28-July-2012 [Bubanee] |
| 07/23/2012 | Pretty Little Liars S03E05 HDTV XviD-AuX[ettv] |
| 07/23/2012 | Falling.Skies.S02E06.HDTV.DivX-Atilla82 |
| 07/22/2012 | Pretty Little Liars S03E03 HDTV x264-LOL[ettv] |
| 07/22/2012 | Pretty.Little.Liars.S03E03.HDTV.XviD-AFG |
| 07/22/2012 | Pretty.Little.Liars.S03E01.HDTV.XviD-AFG |

EXHIBIT C

CNJ49